1  CENTER FOR DISABILITY ACCESS
   Ray Ballister Jr., Esq., SBN 111282
2  Russell Handy, Esq., SBN 195058
3  Dennis Price, Esq., SBN 279082
   Amanda Seabock, Esq., SBN 289900
4  8033 Linda Vista Road, Suite 200
   San Diego, CA 92111
5  (858) 375-7385; (888) 422-5191 fax
6  amandas@potterhandy.com
   Attorneys for Plaintiff
7
   Behzad Nahai, Esq., State Bar No. 112759
8   bnahai@nahailawgroup.com
9  NAHAI LAW GROUP
   A Professional Corporation
10 10850 Wilshire Blvd., Suite 1100
   Los Angeles, California 90024
11 Telephone: (310) 470-2000
12 Facsimile: (310)470-2003
   Attorneys for Defendant
13 Paseo Del Mar Group, LLC

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRIAN WHITAKER,<br><br>　　　　Plaintiff,<br>v.<br><br>PASEO DEL MAR GROUP, LLC, a Delaware Limited Liability Company; and Does 1-10,<br><br>　　　　Defendants. | Case No.: 2:20-cv-07149-ODW-GJS<br><br>**JOINT STIPULATION FOR DISMISSAL PURSUANT TO F.R.C.P. 41 (a)(1)(A)(ii)** |

　　　　Pursuant to F.R.CIV.P.41 (a)(1)(A)(ii), IT IS STIPULATED by and between the parties hereto that this action may be dismissed with prejudice as to all parties; each party to bear his/her/its own attorneys' fees and costs. This stipulation is made as the matter has been resolved to the satisfaction of all parties.

| | | |
|---|---|---|
| Dated: March 22, 2021 | | CENTER FOR DISABILITY ACCESS |
| | By: | /s/ Amanda Seabock |
| | | Amanda Seabock |
| | | Attorneys for Plaintiff |
| Dated: March 22, 2021 | | NAHAI LAW GROUP |
| | | A Professional Corporation |
| | By: | /s/ Behzad Nahai |
| | | Behzad Nahai |
| | | Attorneys for Defendant |
| | | Paseo Del Mar Group, LLC |

## SIGNATURE CERTIFICATION

I hereby certify that the content of this document is acceptable to Behzad Nahai, counsel for Paseo Del Mar Group, LLC, and that I have obtained authorization to affix his electronic signature to this document.

Dated: March 22, 2021          CENTER FOR DISABILITY ACCESS

                                      By:     /s/ Amanda Seabock
                                                  Amanda Seabock
                                                  Attorneys for Plaintiff