UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

JS-6

### CIVIL MINUTES – GENERAL

| No. | 2:20-cv-07149-ODW-(GJSx) | Date | March 22, 2021 |
|---|---|---|---|
| Title | *Brian Whitaker v. Paseo Del Mar Group, LLC et al* | | |

| Present: The Honorable | Otis D. Wright, II, United States District Judge |
|---|---|

| Sheila English | Not reported | N/A |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Not present | Not present |

**Proceedings:**              **In Chambers**

Pursuant to the Joint Stipulation (ECF No. 28) and Federal Rule of Civil Procedure 41(a):

**IT IS HEREBY ORDERED** that:

1. The entire action and all claims asserted therein are hereby **DISMISSED WITH PREJUDICE**;

2. Each party shall bear his/her/its own fees and costs; and

3. All dates and deadlines in this action are **VACATED** and taken off calendar.

The Clerk of the Court shall close this case.

**IT IS SO ORDERED.**

                                                                        :   00

Initials of Preparer    SE